JUDGE KEENAN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

      - v. -

EDWARD DEJESUS,

                   Defendant.

- - - - - - - - - - - - - - x

INDICTMENT

06 CRIM 1107

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

COUNT ONE

The Grand Jury charges:

1.   On or about October 20, 2006, in the Southern District of New York, EDWARD DEJESUS, the defendant, after having been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, to wit, a conviction on or about January 9, 1997, in Bronx Supreme Court, Bronx County, of manslaughter in the first degree, with intent to cause serious physical injury, a class B felony, unlawfully, willfully, and knowingly, did possess in and affecting commerce a firearm and ammunition, to wit, a loaded .25 caliber Beretta, which had previously been shipped and transported in interstate and foreign commerce.

(Title 18, United States Code, Section 922(g)(1).)

_____
FOREPERSON

_____
MICHAEL J. GARCIA
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

### UNITED STATES OF AMERICA

- v. -

### EDWARD DEJESUS,

Defendant.

### INDICTMENT

06 Cr.

(18 U.S.C. § 922(g)(1).)

MICHAEL J. GARCIA
United States Attorney.

**A TRUE BILL**

Foreperson.

Post 114-87
12/1/06
Filed Ind.
Ellis, J.