## REQUEST FOR COURT ACTION / DIRECTION

| | | |
|---|---|---|
| TO: | Honorable John F. Keenan<br>Senior U.S. District Judge | OFFENSE: Felon in Possession of a Firearm, 18 USC 922(g)(1) |
| FROM: | Rosiani L. Schuricht<br>U.S. Probation Officer | ORIGINAL SENTENCE: 24 months imprisonment;<br>Three (3) years of Supervised Release |
| RE: | Edward DeJesus<br>Docket # 06 CR 1107 | SPEC. CONDITIONS:  May not possess a firearm or other destructive device; search condition. |

DATE OF
RE-SENTENCE: August 8, 2007

DATE:        October 7, 2010

ATTACHMENTS: PSI **X**   JUDGMENT **X**   PREVIOUS REPORTS   VIOLATION PETITION

REQUEST FOR:      WARRANT____   SUMMONS ____   COURT DIRECTION __**X**__

### EXPEDITED PERMISSION FOR INTERNATIONAL TRAVEL

Edward DeJesus has requested permission to travel to the Dominican Republic to accompany his wife to bring the body of her deceased brother home for funeral services and burial. His brother-in-law passed away suddenly this morning. He is contemplating leaving Monday, October 11, 2010 and returning two days later.

The undersigned has been supervising Mr. DeJesus since on or about November 2008. Mr. DeJesus resides with his paramour in Manhattan and has been gainfully employed as a warehouse supervisor at ABCO door industries located in the Bronx. He reports as directed, submits all required documents, has not been the subject of any criminal inquiries and can be located either at home or at his place of employment.

We have no objection to the proposed emergency travel request.

We are therefore requesting that Your Honor indicate on the checklist as viewed on the next page, the course of action to be taken.

Respectfully submitted,

Rosiani L. Schuricht
U.S. Probation Officer

RECEIVED

OCT - 8

Approved by:

Victor W. Jeffrey                    Date
Supervising U.S. Probation Officer

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10-8-10

Edward DeJesus                                    -2-                                    50441/RLS

## **JUDICIAL RESPONSE**

1. ✓___            Edward DeJesus is to be allowed permission to travel overseas.

2. ___            Edward DeJesus may not travel overseas at this time.

3. ___            OTHER: _____

                  _____

                  _____

10/8/10
_____
Date

_Jotha F. Keenan_
_____
Honorable John F. Keenan
Senior U.S. District Judge